| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-cr-00031-RSB-CLR |
| DIMAS JACOBO-MARCELO, | ) |
| Defendant. | ) |

ORDER ON APPLICATION FOR LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Robert A. Lewallen, Jr. for the period of Monday, April 15, 2019, through Friday, April 19, 2019. The Court hereby GRANTS the Application and Mr. Lewallen shall have Leave of Absence in the above captioned case from Monday, April 15, 2019 through Friday, April 19, 2019 pursuant to Local Rule 83.9.

So ordered, this 25 day of March, 2019.

The Hon. Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia